IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

*FILED*

98 JAN -5 PH 3: 09

U.S. DISTRICT COURT
N.D. OF ALABAMA

MARCUS E. WYNN,

      Plaintiff,

vs

STATE OF ALABAMA; HEARINGS AND
APPEALS DIVISION OF THE ALABAMA
DEPARTMENT OF INDUSTRIAL
RELATIONS; ALABAMA DEPARTMENT
OF INDUSTRIAL RELATIONS; AND
JAMES WEBB, Individually and in his
capacity as Chief of Hearing and Appeals
Division of the Alabama Department of
Industrial Relations.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 97-RRA-1585-M

**ENTERED**

JAN   5 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate

Judge's Report and Recommendation and has reached an independent conclusion that the

Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The

court hereby adopts and approves the recommendations of the Magistrate Judge as the

findings and conclusions of the court.

Wherefore, the defendants' motion for summary judgment on the ADEA claim on

the ground that the EEOC complaint was untimely filed is due to be denied; the court will

withhold ruling on the defendants' motion to dismiss the ADEA claim on the ground of

/1

Eleventh Amendment Immunity, pending a decision by the Eleventh Circuit on this issue. The plaintiff's § 1983 claims are preempted by the ADEA, and are therefore due to be dismissed.

An appropriate order will be entered.

DONE, this ___5th___ day of January, 1998.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE